CITIBANK, N.A. *v.* NABIL R. GHAWI
(AC 35514)

Gruendel, Alvord and Bishop, Js.

Argued February 19—officially released March 25, 2014

Defendant's appeal from the Superior Court in the judicial district of Stamford-Norwalk, *Tobin, J.; Hon. A. William Mottolese,* judge trial referee; *Hon. Taggart D. Adams,* judge trial referee.

Per Curiam. The judgment is affirmed.

WELLS FARGO BANK, N.A. *v.* WILLIAM
H.B. SMART ET AL.
(AC 35628)

Bear, Keller and Pellegrino, Js.

Argued February 20—officially released March 25, 2014

Defendants' appeal from the Superior Court in the judicial district of Fairfield, *Hartmere, J.; Tyma, J.*

Per Curiam. The judgment is affirmed.

RONALD SCHIAVO *v.* COMMISSIONER
OF CORRECTION
(AC 35059)

Gruendel, Alvord and Bear, Js.

Argued February 21—officially released March 25, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Cobb, J.*

Per Curiam. The judgment is affirmed.